FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RECEIVED SCRANTON
JAN 28 2000
PER _____ DEPUTY CLERK

99-1189
(Inmate Number)

HAROLD HARLAN BRESSLER
(Name of Plaintiff)

P.O. Box 419
(Address of Plaintiff)

McElhattan, Pa 17748

vs.

Head of PA. DEPT CORRECTIONS
Clinton County PRISON BOARD Members
WARDEN McGlaughlin
(Names of Defendants)

(Case Number)
1:CV 01-1205

COMPLAINT

FILED
HARRISBURG
JUN 2 8 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

TO BE FILED UNDER:  ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
   ✓ Yes  ___ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ___ Yes  ✓ No

   If your answer is no, explain why not  Requests for Grievance forms
   denied, or unanswered, or were returned marked "Non Grievable"

C. Is the grievance process completed? ✓ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  Michael McGlaughlin  is employed as  Warden  at  Clinton County Prison

B. Additional defendants  HEAD of PA Dept of Corrections
Clinton County Prison Board Members
Clinton County Commissioners

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. 12-12-99 Arrived at Clinton County Prison. Assigned to Max Pod. T.V's ARE hooked into a system where if you do not purchase a $25.00 HEADset you can not benefit from the Set. INDIGENTS as myself are being discriminated against.

2. 12-31-99. I received NO INDIGENT Commissary. I Requested 4 Stamped envelopes. Request Returned stating "Reorder indigent commissary or You may have stamped envelopes for Legal Mail Only." INDIGENT COMMISSARY IS NOT WORKING

3. 1-10-00 Again INDIGENT Commissary SHORTED ME ON MY Envelope & Stamp Order. As of this date I had received 3 STAMPED envelopes. I wrote to accounting on request that I now owed 4 STAMPED ENVELOPES AND THAT I NEED TO PAY them back for I could be in danger. Request Returned stating "Giving or loaning property against policy, Class #II-78 -II

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite n cases or statutes.)

1. Make T.V's Accessible to All, or Remove Them
Punitive Damage against Warden $1000.00
Punitive Damage Against Clinton County Prison Board $1000.00
Punitive Damage Against Head of Dept of Corrections $1000.00
Punitive Damage Against Clinton County Commissioners. $1000.00

2. Guidelines for Indigent Commissary Posted As To What And To What Amount An Indigent Is Entitled To. Again: Punitive damages of $1000.00 Against all defen[dants]

3. Immediate relief of Retaliation. I Have Reason to believe that I am being harassed, abused and I feel threatened from not paying the stamped envelopes back. Mental Cruelty - $5000.00 against all defendants
Punitive damages $5000.00 against all defendants
#1A Appoint An Attorney!

Signed this __15__ day of __January__, 19_99_.

_Harold H Bressler_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_January 12, 1999_         _Harold H. Bressler_
(Date)                     (Signature of Plaintiff)

JUDGE'S COPY

# FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER

FILED
HARRISBURG
JUN 2 8 2001
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

*************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

*************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** ✓

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**