## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     **Bressler v. Head of PA**     :     FILED
          **Department of Corrections,**    :     SCRANTON
          **et al.**          :   **CIVIL NO. 1:CV-01-1205**   JUL -8 2001

Inmate:     **Harold Harlan Bressler**    :     PER _____

                                                         *DEPUTY CLERK*

ID Number:   **99-1189**        :

### ADMINISTRATIVE ORDER (CIVIL RIGHTS CASE)

The civil rights complaint filed by the individual identified above has been received

without a filing fee or the forms required to proceed in forma pauperis. This action may not

proceed unless the plaintiff, within thirty (30) days of the date of this order, either:

(1)     tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount

       of $150.00; or

(2)     files a properly completed application to proceed in forma pauperis

       and an authorization form. An authorization form and application to

       proceed in forma pauperis are enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case

to be dismissed without prejudice.

                                         MARY E. D'ANDREA
                                         Clerk of Court

                                         By: _____
                                            Deputy Clerk

DATE: July 6, 2001