*see at*

⑥
8/8/01
nfg

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HAROLD HARLAN BRESSLER,            :
    Plaintiff
                                    :

vs.                                :    CIVIL ACTION NO. 1:CV-01-1205

                                    :
HEAD OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS,         :
et al.,
    Defendants                      :

FILED
HARRISBURG, PA

AUG 0 7 2001

O R D E R

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

AND NOW, this 7th day of August, 2001, upon consideration of the Report of the United States Magistrate Judge, dated July 13, 2001, to which no exceptions have been filed, and upon an independent review of the record and the controlling law, it is ordered that the Magistrate Judge's Report is adopted. It is further ordered, pursuant to the Magistrate Judge's recommendation, that the complaint is dismissed. The Clerk of Court shall close the file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

Certified from the record
Date 8/7/01
Mary E. D'Andrea, Clerk
Per /s/ George T. Gardner
Deputy Clerk

AO 72A
(Rev 8/82)

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       August 7, 2001


Re:  1:01-cv-01205    Bressler v. Head of PA Dept Corr


True and correct copies of the attached were mailed by the clerk
to the following:


     Harold Harlan Bressler
     CLINTON COUNTY PRISON
     99-1189
     Rte 220 McElhattan Exit
     Lockhaven, PA  17748



cc:
Judge                           (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                (✓)           ( ) INS
U.S. Marshal                    ( )           ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (✓)
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to: US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____          ( )
                                              MARY E. D'ANDREA, Clerk


DATE:  8/7/01                       BY:  _____
                                              Deputy Clerk
```