U.S. OFFICIAL MAIL
U.S. POSTAGE
≈ 0.340
METER
590023

PENALTY
FOR
PRIVATE
USE $300

remailed
8/17/01

□ OTHER

1: CV-01-1205

HARRISBURG
08-07-01
PA.

FILED
HARRISBURG

AUG 16 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

□ INSUFFICIENT ADDRESS
□ ATTEMPTED NOT KNOWN
□ NO SUCH NUMBER/ STREET
☑ NOT DELIVERABLE AS ADDRESSED
· UNABLE TO FORWARD

RTS
RETURN TO SENDER

RETURN TO SENDER
ADDRESS UNKNOWN

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS