U.S. OFFICIAL MAIL
U.S. POSTAGE
$0.340
METER 590023
PENALTY
USE $300

HARRISBURG PA
08-17-01

remailed
8/28/01

(8)

01-1205

8/28/01

BRES5230   16827200G 1200 04 08/22/01
FORWARD TIME EXP RTN TO SEND
BRESSLER,HAROLD HARLAN
111 ANIMAL DR
REBERSBURG PA 16872-9509

RETURN TO SENDER

**FILED**
HARRISBURG

AUG 2 7 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

16827+1437168/0383

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS